# Exhibit 6

PAUL, WEISS, RIFKIND, WHARTON & GARRISON *1285 AVENUE OF THE AMERICAS NEW YORK, NY 10019*

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, 10

**AFFIDAVIT OF SERVICE**

Client's File No.: _____

Index Number: **2024CH02216**

Date Filed: **March 19, 2024**

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

FILED
3/27/2024 3:42 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024CH02216
Calendar, 10
27012409

*CITY OF CHICAGO*

*Plaintiff*

*vs*

*GLOCK, INC.*

*Defendant*

STATE OF  GEORGIA COUNTY OF     NASSAU   SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of   Georgia

That on the following date:      March 19, 2024      , at the following time:      3:06 PM     ,

at          6000 HIGHLANDS PARKWAY SE , SMYRNA, GA 30082          deponent served the within

Summons, Proof of Service of Summons and Complaint/Petition, Complaint and Demand for Jury Trial, Chancery Division Civil Cover Sheet General Chancery Section, Fee Exempt and Reduced Fee Agency Cover Sheet

[X] Papers so served were properly endorsed with the Index Number and date of filing.

Upon:  **GLOCK, INC..**

[ ] Mail — A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address on

[X] Corporation LLC / LLP — By delivering to and leaving with     Amanda Kimmel     said individual to be     Paralegal who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] Affixing To Door — By affixing a true copy thereof to the door, being the defendant/respondent's  [ ] dwelling place   [ ] place of business/employment [ ] last known address within the State. [ ] usual place of abode

[ ] Previous Attempts — Deponent previously attempted to serve the above named defendant/respondent on:

Description of Recipient — Sex:  Female   Color of skin   White   Color of hair:   Black   Age:   51 - 65 Yrs.   Height:   5ft 4inch - 5ft 8inch Weight:   161-200 Lbs.   Other Features: _____

[ ] WITNESS FEES — Subpoena Fee Tendered in the amount of  $ _____

[ ] MILITARY SERVICE — I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] Other

Cheryl Robinson Smith
NOTARY PUBLIC
DeKalb County, GEORGIA
My Commission Expires 10/17/2025

Sworn to before me on   3/19/2024

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Craig Robinson

PROCESS SERVER LICENSE #

*Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 License #1382542*

**Work Order #  1483422**

FILED DATE: 3/27/2024 3:42 PM    2024CH02216