**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: City of Chicago v. Glock, Inc.

Case Number: 1:24-cv-03088

An appearance is hereby filed by the undersigned as attorney for:
City of Chicago

Attorney name (type or print): Alla Lefkowitz

Firm: Everytown Law

Street address: P.O. Box 14780

City/State/Zip: Washington, D.C. 20044

Bar ID Number: 1048271
(See item 3 in instructions)

Telephone Number: 202-545-3257

Email Address: alefkowitz@everytown.org

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

Are you appearing *pro hac vice*? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 04/19/2024

Attorney signature: S/ Alla Lefkowitz
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023