### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

City Of Chicago
                    Plaintiff,

v.                                          Case No.: 1:24−cv−03088
                                            Honorable Steven C. Seeger

Glock, Inc.
                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 26, 2024:

    MINUTE entry before the Honorable Steven C. Seeger: Defendant's agreed motion for an extension of time (Dckt. No. [17]) is hereby granted. As proposed, the response to the complaint is due by June 10, 2024. The response to any motion to dismiss is due by July 25, 2024, and the reply is due by August 26, 2024. The Court appreciated receiving the agreed briefing schedule. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.