# United States District Court  Northern District of Illinois
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Case Title: City of Chicago — Plaintiff(s)

VS.

Glock, Inc. — Defendant(s)

Case Number: 1:24-cv-03088

Judge: Honorable Steven C. Seeger

I, Alison Barnes, hereby apply to the Court under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of City of Chicago by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| See Exhibit A | |
| | |
| | |
| | |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| 1:22-cv-06169 | Roberts et al. v. Smith & Wesson Brands, Inc. et al. | January 30, 2023 |
| | | |
| | | |
| | | |

*If denied, please explain: (Attach additional form if necessary)

Has the applicant ever been:

| | Yes | No | |
|---|---|---|---|
| **censured, suspended, disbarred, or otherwise disciplined by any court?** | ☐ | ✔ | |
| **or is the applicant currently the subject of an investigation of the applicant's professional conduct?** | ☐ | ✔ | |
| **transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court?** | ✔ | ☐ | See Exhibit B |
| **denied admission to the bar of any court?** | ☐ | ✔ | |
| **held in contempt of court?** | ☐ | ✔ | |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

| May 6, 2024 | S/ Alison C. Barnes |
|---|---|
| Date | Electronic Signature of Applicant |

| Applicant's Name | Last Name: Barnes | First Name: Alison | Middle Name/Initial: C. |
|---|---|---|---|
| Applicant's Law Firm | Everytown Law | | |
| Applicant's Address | Street Address: P.O. Box #14780 | | Room/Suite Number |
| | City: Washington | State: DC | ZIP Code: 20004 | Work Phone Number and Email: (203) 738-5121 abarnes@everytown.org |

**(The pro hac vice admission fee is $150.00 and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)**

**NOTE:** Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $181.00  The fee for pro hac vice admission is $150.00. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

Rev. 08/16/2023

# Exhibit A

**Alison Barnes's Admissions to Various Courts**

**State Bar Licenses & Dates of Admission**
- *District of Columbia* (#484184) (*Active*)
  - Admitted November 14, 2003
- *State of Georgia* (#038549*) (Inactive as of 2006)*
  - Admitted November 24, 1997

**Federal Courts & Dates of Admission**
- *U.S. District Court for the District of Columbia*
  - Admitted November 1, 2021
- *U.S. District Court for the Northern District of Georgia*
  - Admitted January 26, 1998
- *U.S. Court of Appeals for the First Circuit*
  - Admitted January 13, 2003
- *U.S. Court of Appeals for the Third Circuit*
  - Admitted April 1, 2015
- *U.S. Court of Appeals for the Fourth Circuit*
  - Admitted June 24, 2004
- *U.S. Court of Appeals for the Seventh Circuit*
  - Admitted September 23, 2005
- *U.S. Court of Appeals for the Ninth Circuit*
  - Admitted June 22, 2005
- *U.S. Court of Appeals for the District of Columbia Circuit*
  - Admitted September 14, 2022
- *U.S. Supreme Court*
  - Admitted December 6, 2004

# Exhibit B

**<u>Reasoning for Transferral to Inactive Status for the Georgia State Bar</u>**

  On November 9, 2006, I transferred my status in the Georgia State Bar to inactive because I had been admitted to the Bar of the District of Columbia and no longer actively practiced in Georgia. Since 2006, I have been inactive in the State Bar of Georgia and active in the DC Bar.