**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

City of Chicago
                     Plaintiff,

v.                                     Case No.: 1:24−cv−03088
                                                Honorable Steven C. Seeger

Glock, Inc.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 7, 2024:

      MINUTE entry before the Honorable Steven C. Seeger: Defendant's motion for extra pages (Dckt. No. [24]) is hereby granted. Defendant can file a 30−page brief supporting the motion to dismiss, and the City can file a 30−page response brief (and doesn't have to ask permission). The reply is limited to 15 pages. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.