IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CITY OF CHICAGO, an Illinois municipal corporation,**<br><br>Plaintiff,<br><br>v.<br><br>**GLOCK, INC.,**<br><br>Defendant. | Case No. 24 cv 03088<br><br>Hon. Steven C. Seeger |

### DEFENDANT GLOCK, INC.'S NOTICE OF CONSTITUTIONAL CHALLENGE

Pursuant to Fed. R. Civ. P. 5.1(a), Defendant Glock, Inc., by its undersigned counsel, hereby gives notice of constitutional questions with respect to the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/2BBBB(b)(1) & (4) ("ICFA"). As set forth more fully in Glock, Inc.'s Memorandum of Law in Support of Its Motion to Dismiss Pursuant to Rule 12(b)(6), if the Court concludes that the ICFA can satisfy the exception set forth in 15 U.S.C. § 7903(5)(A)(iii) to the definition of a qualified civil liability action in the Protection of Lawful Commerce in Arms Act, 15 U.S.C. §§ 7901-03, Glock, Inc. contends that the ICFA is unconstitutional because it interferes with interstate commerce, is unconstitutionally vague, and violates the Second Amendment.

Also pursuant to Fed. R. Civ. P. 5.1(a), Glock, Inc. is serving a copy of this Notice and the underlying Motion to Dismiss and Memorandum in Support upon the Office of the Attorney General at the following addresses by certified mail:

| | |
|---|---|
| Kwame Raoul<br>Illinois Attorney General<br>500 South Second Street<br>Springfield, IL 62701 | Kwame Raoul<br>Illinois Attorney General<br>100 West Randolph Street<br>Chicago, IL 60601 |

Dated: June 10, 2024

                                        Respectfully submitted,

                      By:    */s/ Christopher Renzulli*
                              John F. Renzulli
                              Christopher Renzulli
                              Scott C. Allan
                              **RENZULLI LAW FIRM, LLP**
                              One North Broadway, Suite 1005
                              White Plains, New York 10601
                              Telephone: (914) 285-0700
                              Email: jrenzulli@renzullilaw.com
                                          crenzulli@renzullilaw.com
                                          sallan@renzullilaw.com

                                            – and –

                              Holly A. Harrison
                              Michael L. Rice
                              **HARRISON LAW LLC**
                              141 West Jackson Blvd., Suite 2055
                              Chicago, IL 60604
                              Telephone: 312-638-8781
                              Email: hollyharrison@hlawllc.com
                                          mikerice@hlawllc.com

                              Attorneys for Glock, Inc.