IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, an Illinois municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>GLOCK, INC.,<br><br>Defendant. | Case No. 24-cv-03088<br><br>Hon. Steven C. Seeger |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby gives notice of its voluntary dismissal of this case without prejudice. Defendant has not answered or moved for summary judgment.

Respectfully submitted,

Dated: July 22, 2024

**EVERYTOWN LAW**
Alla Lefkowitz
Alison Barnes*
P.O. Box 14780
Washington, DC 20044
(202) 545-3257
alefkowitz@everytown.org
abarnes@everytown.org

Eric Tirschwell
Carly Lagrotteria
Nina Sudarsan*
450 Lexington Ave.
P.O Box 4184
New York, NY 10017
(646) 324-8222
etirschwell@everytown.org
clagrotteria@everytown.org
nsudarsan@everytown.org

MARY B. RICHARDSON-LOWRY
Corporation Counsel
of the City of Chicago
By: /s/ Stephen J. Kane

**CITY OF CHICAGO DEPT. OF LAW**
Stephen J. Kane
Rebecca A. Hirsch
Chelsey B. Metcalf
121 North LaSalle Street, Room 600
Chicago, IL 60602
(312) 744-6934
stephen.kane@cityofchicago.org
rebecca.hirsch2@cityofchicago.org
chelsey.metcalf@cityofchicago.org

*Admitted pro hac vice